UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| DALTON BRADSHAW, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 7: 20-82-DCR |
| | ) | |
| v. | ) | |
| | ) | |
| HECTOR JOYNER, Warden, | ) | **JUDGMENT** |
| | ) | |
| Respondent. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to

Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.     Dalton Bradshaw's Petition for a Writ of Habeas Corpus filed pursuant to 28

U.S.C. § 2241 [Record No. 1] is **DENIED**, with prejudice.

2.     This action is **DISMISSED** and **STRICKEN** from the docket.

3.     This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for

delay.

Dated:  June 22, 2020.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky